**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN FAUTENBERRY**, | : | |
| Petitioner, | : | **Case No. 1:00-CV-00332** |
| vs. | : | **Judge James L. Graham** |
| **BETTY MITCHELL, WARDEN,** | : | **Mag. Judge Terence P. Kemp** |
| Respondent. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Assistant Attorney General Jonathan R. Fulkerson has been replaced as lead counsel of record for Respondent in the above styled appeal by Assistant Attorney General Gregory A. Perry. Assistant Attorney General Henry Appel will continue to serve as co-counsel of record on this case. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General


s/Gregory A. Perry
GREGORY A. PERRY* (0065251)
   *Trial Counsel
Senior Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055; Fax (614) 728-8600
gperry@ag.state.oh.us

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice Of Substitution Of Counsel* was delivered to counsel for petitioner this 7th day of December 2004 via e-mail and regular U.S. Mail postage prepaid to:

Dennis L. Sipe
Buell and Sipe Co, LPA
322 Third Street
Marietta, Ohio 45750
dennis@buellsipe.com

William J. Edwards
501 South High Street
Columbus, Ohio 43215-5058
jedward5@columbus.rr.com

Counsel for Petitioner


s/Gregory A. Perry
GREGORY A. PERRY (0065251)