UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| John Fautenberry | **JUDGMENT IN A CIVIL CASE**<br>Case Number 1:00-cv-332<br>Judge James L. Graham |
|     Plaintiff |  |
|        v. |  |
| Betty Mitchell, Warden |  |
|     Defendant |  |

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court**.  This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered.

[X]   **Decision by Court without trial or hearing.**

    **IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is DENIED and this action is DISMISSED.**


**April 11, 2005**                                   **JAMES BONINI**
Date                                                 Clerk


                                                     s/Beverly J. White
                                                     Deputy Clerk