**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FAUTENBERRY, | : | |
| Petitioner. | : | DEATH PENALTY CASE |
| vs. | : | Case No.:    C1-00-332 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:        GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:      KEMP |
| ..      ..      ..      ..      ..      .. | : | |

## PETITIONER JOHN FAUTENBERRY'S DESIGNATION OF RECORD ON APPEAL

Dennis L. Sipe, #0006199
BUELL & SIPE CO., L.P.A.
322 Third Street
Marietta, OH 45750
(740) 373-3219 (Phone)

W. Joseph Edwards
495 South High Street
Suite 100
Columbus, OH 43215
(614) 224-8166

Counsel for Petitioner,
  John Fautenberry

Betty D. Montgomery
Attorney General

Timothy D. Prichard, #0059455
Henry Appel, #0068479
Assistant Attorney Generals
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, OH 43215
        (614) 728-7055 (Phone)

Counsel for Warden Mitchell

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


JOHN FAUTENBERRY,                    :

        Petitioner.              :        DEATH PENALTY CASE

    vs.                              :        Case No.:    C1-00-332

BETTY MITCHELL, WARDEN,              :        JUDGE:        GRAHAM

        Respondent.             :        MAGISTRATE JUDGE:        KEMP

..    ..    ..    ..    ..    ..    :

---

**PETITIONER JOHN FAUTENBERRY'S**
**DESIGNATION OF RECORD ON APPEAL**

---

        Pursuant to Rule 11 of the Federal Rules of Appellate Procedure, Petitioner John Fautenberry respectfully requests the Clerk of the Court to prepare, assemble and timely transmit the Record on Appeal to the United States Court of Appeals for the Sixth Circuit.  The record on appeal should include the following:

1.  Corrected Petition for Writ of Habeas Corpus. [Doc. 13];

2.  Joint Table (all fourteen volumes) [Doc. 30];

3.  Warden's Motion to Dismiss Procedurally Defaulted Claims [Doc. 31];

4.  Corrected Response to Motion to Dismiss [Doc. 44];

5.  Petitioner's Motion for Limited Discovery [Doc. 46];

6.  Petitioner's Supplemental Response to Warden's Motion to Dismiss Procedurally
        Defaulted Claims [Doc. 49];

7.  Order Granting Limited Discovery [Doc. 51];

8.  Order Granting in Part Warden's Motion to Dismiss Procedurally Defaulted Claims [Doc. 52];

9.  Warden's Return of the Writ [Doc. 61];

10.  Petitioner's Motion for an Evidentiary Hearing [Doc. 79];

11.  Petitioner's Traverse [Doc. 86];

12.  Order Denying Petitioner's Motion for an Evidentiary Hearing [Doc. 95];

13.  Order Denying Release of Grand Jury Material [Doc. 100];

14.  Order Denying Habeas Petition [Doc. 103];

15.  Clerk's Judgment Entry [Doc. 104].


                                        Respectfully submitted,




                            _____
                            Dennis L. Sipe, #0006199
                            BUELL & SIPE CO., L.P.A.
                            322 Third Street
                            Marietta, OH 45750
                            (740) 373-3219 (Phone)
                            (740) 373-2892 (Fax)

                            W. Joseph Edwards
                            495 South High Street
                            Suite 100
                            Columbus, OH 43215
                            (614) 224-8166 (Phone)

                            Counsel for Petitioner,
                             John Fautenberry

                                        -2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the within *Petitioner John Fautenberry's Designation of Record on Appeal* was filed electronically on May 11, 2005.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

_____
Dennis L. Sipe
Counsel for Petitioner,
 John Fautenberry