**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FAUTENBERRY, | : | |
| Petitioner. | : | DEATH PENALTY CASE |
| vs. | : | Case No.:   C1-00-332 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:   GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   KEMP |
| ..    ..    ..    ..    ..    .. | : | |

**PETITIONER JOHN FAUTENBERRY'S NOTICE OF
INTENT TO SEEK A CERTIFICATE OF APPEALABILITY**

Dennis L. Sipe, #0006199
BUELL & SIPE CO., L.P.A.
322 Third Street
Marietta, OH 45750
(740) 373-3219 (Phone)

W. Joseph Edwards
495 South High Street
Suite 100
Columbus, OH 43215
(614) 224-8166

Counsel for Petitioner,
  John Fautenberry

Betty D. Montgomery
Attorney General

Timothy D. Prichard, #0059455
Henry Appel, #0068479
Assistant Attorney Generals
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, OH 43215
     (614) 728-7055 (Phone)

Counsel for Warden Mitchell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN FAUTENBERRY, | : | |
| Petitioner. | : | DEATH PENALTY CASE |
| vs. | : | Case No.:   C1-00-332 |
| BETTY MITCHELL, WARDEN, | : | JUDGE:   GRAHAM |
| Respondent. | : | MAGISTRATE JUDGE:   KEMP |
| ..   ..   ..   ..   ..   .. | : | |

## PETITIONER JOHN FAUTENBERRY'S NOTICE OF INTENT TO SEEK A CERTIFICATE OF APPEALABILITY

On April 11, 2005, this Court denied John Fautenberry's Petition for Writ of Habeas Corpus. [Docs. 103 and 104]. It is the intent of John Fautenberry to seek a Certificate of Appealability from this Court. He will file the appropriate pleading on or before June 10, 2005.

Respectfully submitted,

_____

Dennis L. Sipe, #0006199
BUELL & SIPE CO., L.P.A.
322 Third Street
Marietta, OH 45750
(740) 373-3219 (Phone)
(740) 373-2892 (Fax)

-1-

        W. Joseph Edwards
        495 South High Street
        Suite 100
        Columbus, OH 43215
        (614) 224-8166 (Phone)

        Counsel for Petitioner,
         John Fautenberry

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the within *Petitioner John Fautenberry's Notice of Intent to Seek a Certificate of Appealability* was filed electronically on May 11, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

        _____
        Dennis L. Sipe
        Counsel for Petitioner,
         John Fautenberry