**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN FAUTENBERRY,** | : | |
| Petitioner, | : | CASE NO. 1:00-CV-00332 |
| vs. | : | |
| **BETTY MITCHELL, WARDEN** | : | JUDGE GRAHAM |
| Respondent | : | *Death Penalty Case* |

**NOTICE OF APPEARANCE OF COUNSEL**

Principal Assistant Attorney General Charles L. Wille hereby enters his appearance as co-counsel on behalf of Warden Betty Mitchell in the above styled case. Assistant Attorney General Justin M. Lovett will serve as lead and trial counsel in the case.

Copies of all pleadings, documents, and notices should be directed to the undersigned.

Respectfully submitted,

**MARC DANN**
Ohio Attorney General

/s/Charles L. Wille
**CHARLES L. WILLE (00056444)**
**Principal Assistant Attorney General**
Capital Crimes Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)
cwille@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance of Counsel* was delivered this 8th day of February, 2008, via the court's electronic filing system to the following counsel for petitioner:

Dennis L. Sipe
Buell and Sipe Co, LPA
322 Third Street
Marietta, Ohio 45750

William J. Edwards
523 South Third Street
Columbus, Ohio 43215-5058

Counsel for Petitioner

                                            /s/Charles L. Wille
                                            **CHARLES L. WILLE (00056444)**
                                            Principal Assistant Attorney General