**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **John Fautenberry,** | : | |
| Petitioner, | : | CASE NO. 1:00-CV-00332 |
| v. | : | |
| **Betty Mitchell, Warden,** | : | Judge James L. Graham |
| Respondent. | : | *Death Penalty Case* |

**RESPONDENT'S NOTICE OF APPEARANCE AS LEAD AND TRIAL COUNSEL
AND TERMINATION OF COUNSEL**

Please take notice that Assistant Attorney General Justin M. Lovett hereby enters his appearance as lead and trial counsel of record in this matter. Attorneys Henry G. Appel, Timothy D. Prichard, Jonathan R. Fulkerson, and Gregory A. Perry are no longer assigned to the case and should be terminated and removed from the docket. Principal Assistant Attorney General Charles L. Wille will serve as co-counsel of record.

Copies of all pleadings, documents, and notices should be directed to the undersigned.

          Respectfully submitted,

          MARC DANN
          Ohio Attorney General

          **s/ JUSTIN M. LOVETT**
          **JUSTIN M. LOVETT\* (0081826)**
          Assistant Attorney General
             *\*Lead and Trial Counsel*
          Capital Crimes Unit
          30 East Broad Street, 23rd Floor
          Columbus, Ohio 43215
          Phone: (614) 728-7055
          Fax: (614) 728-8600
          Email: jlovett@ag.state.oh.us

          **COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 08, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis L. Sipe
Buell and Sipe Co, LPA
322 Third Street
Marietta, Ohio 45750

William J. Edwards
523 South Third Street
Columbus, Ohio 43215-5058

Counsel for Petitioner

                                                s/ **JUSTIN M. LOVETT**
                                                **JUSTIN M. LOVETT\* (0081826)**
                                                Assistant Attorney General
                                                    *\*Lead and Trial Counsel*
                                                Capital Crimes Unit
                                                30 East Broad Street, 23rd Floor
                                                Columbus, Ohio 43215
                                                Phone: (614) 728-7055
                                                Fax: (614) 728-8600
                                                Email: jlovett@ag.state.oh.us

                                                **COUNSEL FOR RESPONDENT**