Case No. 05-3568

08 MAY 27 PM 4:05

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JOHN FAUTENBERRY,

    Petitioner - Appellant

v.

BETTY MITCHELL, Warden,

    Respondent - Appellee

1:00CV332

BEFORE: BATCHELDER, Circuit Judge; MOORE, Circuit Judge; GILMAN, Circuit Judge;

    Upon consideration of motion to stay mandate,

    It is ORDERED that the mandate be stayed to allow appellant time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

ENTERED BY ORDER OF THE COURT
Leonard Green, Clerk

Issued: May 27, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 27, 2008

Mr. Justin M. Lovett
Office of the Attorney General of Ohio
Capital Crimes Section
30 E. Broad Street
23rd Floor State Office Tower
Columbus, OH 43215-3428

Mr. Dennis Lyle Sipe
Buell & Sipe
322 Third Street
Marietta, OH 45750-0000

Re: Case No. 05-3568, *Fautenberry v. Mitchell*
Originating Case No. : 00-00332

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024
Fax No. 513-564-7098

cc: Honorable James L. Graham
    Mr. James Bonini

Enclosure

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000